# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 10, 2025

## NO. 03-25-00038-CR

**The State of Texas, Appellant**

**v.**

**Angel Del Hoyo, Appellee**

---

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the orders of dismissal entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's dismissal orders. The State shall pay all costs relating to this appeal, both in this Court and in the court below.